IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., | ) | 8:05CV129 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CIRCLE K MANUFACTURING CO., | ) | |
| INC., a Nebraska corporation; | ) | |
| INDUSTRIAL TOTE SOLUTIONS, | ) | |
| INC., a Nebraska corporation; | ) | |
| RANDY VOGT, an individual; and | ) | |
| KATHLEEN VOGT, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the suggestion of bankruptcy (filing 12) filed by defendants Circle K Manufacturing Co., Inc. and Industrial Tote Solutions, Inc.,

IT IS ORDERED:

1.     This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.     This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3.     The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

April 20, 2005.                                    BY THE COURT:

                                                          s/Richard G. Kopf
                                                          United States District Judge