IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV129 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY VOGT, and KATHLEEN VOGT, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by July 18, 2005, file their Report of Parties' Planning Conference.

DATED July 6, 2005.

/s/ David L. Piester
United States Magistrate Judge