```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV129 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY VOGT and KATHLEEN VOGT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The joint oral motion for time is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to August 18, 2005.

DATED this 18th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge