IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV129 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY VOGT and KATHLEEN VOGT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. With the exception of counsel making their disclosures under Rule 26(a)(1), this matter is stayed until further order.

2. After bankruptcy distribution of assets, or in 90 days, whichever first occurs, counsel shall confer and notify my office that they are ready to proceed with this case, so a conference call can be scheduled. Once the call is scheduled, plaintiff's counsel shall initiate the call.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge