IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV129 |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCLE K MANUFACTURING, | ) | ORDER |
| INDUSTRIAL TOTE SOLUTIONS, | ) | |
| RANDY VOGT, and KATHLEEN | ) | |
| VOGT, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

A telephone conference to discuss the status of this case is set for Wednesday, May 3, 2006 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 27th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge