IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
CUSTOM METALCRAFT, INC.,            )
                                    )
            Plaintiff,              )      8:05 CV 129
                                    )
      v.                            )
                                    )
                                    )
CIRCLE K MANUFACTURING, INDUSTRIAL  )         ORDER
TOTE SOLUTIONS, RANDY VOGT, and     )
KATHLEEN VOGT,                      )
                                    )
            Defendants.             )
```

    Following a telephone conference call with counsel this date, it appears that the related bankruptcy case is likely to remain open for a considerable length of time.  Counsel agreed to continue the stay of this case (excepting the partial relief from the Bankruptcy Stay granted by the Bankruptcy Court), for another six months, and to check the status of the matter then.

    IT THEREFORE HEREBY IS ORDERED:

    1.  This case remains stayed for all purposes except as permited by order of the United States Bankruptcy Court for the District of Nebraska, until further order.

    2.  A telephone conference with counsel will be held on December 7, 2006 at 9:00 a.m. for the purpose of reviewing the status of this and the related bankruptcy case, and, if possible, to schedule the continued progression of this case.

    DATED May 3, 2006

                                      BY THE COURT:

                                      s/ *David L. Piester*
                                      United States Magistrate Judge