```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV129 |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCLE K MANUFACTURING, | ) | MEMORANDUM AND ORDER |
| INDUSTRIAL TOTE SOLUTIONS, | ) | |
| RANDY VOGT, and KATHLEEN | ) | |
| VOGT, | ) | |
| | ) | |
| Defendants. | ) | |

Following a telephone conference call with counsel this date, it appears that the related bankruptcy case is likely to remain open for a considerable length of time. Counsel agreed to continue the stay of this case for another six months, and to check the status of the matter then.

IT THEREFORE HEREBY IS ORDERED,

1. This case remains stayed for all purposes except as permitted by order of the United States Bankruptcy Court for the District of Nebraska, until further order.

2. A telephone conference with counsel will be held on December 12, 2007 at 9:00 a.m. for the purpose of reviewing the status of this and the related bankruptcy case, and, if possible, to schedule the continued progression of this case. Plaintiff shall initiate the telephone conference call.

DATED June 7, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge