IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., a Missouri corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV129 |
| v. | ) ) | |
| CIRCLE K MANUFACTURING, Co., Inc., a Nebraska corporation, INDUSTRIAL TOTE SOLUTIONS, Inc., a Nebraska corporation, RANDY VOGT, an individual, and KATHLEEN VOGT, an individual, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

   Upon the unopposed oral motion of the plaintiff, the telephonic conference with counsel previously scheduled for December 12, 2007 at 9:00 a.m. for the purpose of reviewing the status of this and the related bankruptcy case, is continued to December 14, 2007 at 9:00 a.m.

   DATED this 29th day of November, 2007.

                                  BY THE COURT:

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge