```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., a Missouri corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV129 |
| v. | ) ) | |
| CIRCLE K MANUFACTURING, Co., Inc., a Nebraska corporation, INDUSTRIAL TOTE SOLUTIONS, Inc., a Nebraska corporation, RANDY VOGT, an individual, and KATHLEEN VOGT, an individual, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The telephone conference regarding the status of this case is continued from April 4, 2008 to April 28, 2008 at 10:00 a.m. Plaintiff's counsel shall initiate the call.

DATED March 27, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge