```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CUSTOM METALCRAFT, INC., a Missouri corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV129 |
| v. | ) ) | |
| CIRCLE K MANUFACTURING CO., INC., a Nebraska corporation, INDUSTRIAL TOTE SOLUTIONS, INC., a Nebraska corporation, RANDY VOGT, an individual, and KATHLEEN VOGT, an individual, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Following a telephone conference with counsel this date,

IT IS ORDERED:

Another status conference by telephone is set for July 17, 2008 at 2:00 p.m. Plaintiff's counsel shall initiate the call.

DATED April 29, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge